Fill in this information to identify the case:

United States Bankruptcy Court for the:

WESTERN District of LOUISIANA
(State)

Case number (If known): _____ Chapter 11


FILED
APR 21 2025
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name** — GOOSENECK LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names
   _____

3. **Debtor's federal Employer Identification Number (EIN)** — 83-3204135

4. **Debtor's address**

   Principal place of business
   505 OUACHITA ST.
   Number   Street

   FARMERVILLE   LA   71241
   City   State   ZIP Code

   UNION PARISH
   County

   Mailing address, if different from principal place of business
   _____
   Number   Street
   P.O. Box _____
   City   State   ZIP Code

   Location of principal assets, if different from principal place of business
   404, 402, 406, 208 ANN ST.
   309 BERNICE HWY; 601 HICKORY ST.
   Number   Street

   FARMERVILLE   LA   71241
   City   State   ZIP Code

5. **Debtor's website (URL)** _____

Debtor **GOOSENECK LLC**     Case number (if known) _____

### 6. Type of debtor

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

### 7. Describe debtor's business

**A. Check one:**

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

**B. Check all that apply:**

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5 4 1 6 1**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

**Check one:**

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When __/__/____ Case number _____
- District _____ When __/__/____ Case number _____

Debtor **GOOSENECK LLC**  Case number (if known) _____
       Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
              District _____ When ___/___/_____
                                            MM / DD /YYYY
              Case number, if known _____

11. **Why is the case filed in this district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street
    _____
    _____
    City                                              State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

---

**Statistical and administrative information**

13. **Debtor's estimation of available funds**

    Check one:
    ☒ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49            ☐ 1,000-5,000      ☐ 25,001-50,000
    ☐ 50-99           ☐ 5,001-10,000     ☐ 50,001-100,000
    ☐ 100-199         ☐ 10,001-25,000    ☐ More than 100,000
    ☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  GOOSENECK LLC   Case number (if known) _____

15. **Estimated assets**
 - ☐ $0-$50,000
 - ☐ $50,001-$100,000
 - ☐ $100,001-$500,000
 - ☒ $500,001-$1 million
 - ☐ $1,000,001-$10 million
 - ☐ $10,000,001-$50 million
 - ☐ $50,000,001-$100 million
 - ☐ $100,000,001-$500 million
 - ☐ $500,000,001-$1 billion
 - ☐ $1,000,000,001-$10 billion
 - ☐ $10,000,000,001-$50 billion
 - ☐ More than $50 billion

16. **Estimated liabilities**
 - ☐ $0-$50,000
 - ☐ $50,001-$100,000
 - ☐ $100,001-$500,000
 - ☒ $500,001-$1 million
 - ☐ $1,000,001-$10 million
 - ☐ $10,000,001-$50 million
 - ☐ $50,000,001-$100 million
 - ☐ $100,000,001-$500 million
 - ☐ $500,000,001-$1 billion
 - ☐ $1,000,000,001-$10 billion
 - ☐ $10,000,000,001-$50 billion
 - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

 The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

 I have been authorized to file this petition on behalf of the debtor.

 I have examined the information in this petition and have a reasonable belief that the information is true and correct.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed on  04 / 21 / 2025
 MM / DD / YYYY

 X /s/ Willis D. Wainwright   WILLIS DEAN WAINWRIGHT
 Signature of authorized representative of debtor   Printed name

 Title  OWNER

18. **Signature of attorney**

 X _____  Date _____
 Signature of attorney for debtor  MM / DD / YYYY

 Printed name
 Firm name
 Number   Street
 City   State   ZIP Code
 Contact phone   Email address
 Bar number   State

Certificate Number: 14751-LAE-CC-039574927


14751-LAE-CC-039574927

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 21, 2025</u>, at <u>8:00</u> o'clock <u>AM PDT</u>, <u>Willis Wainwright</u> received from <u>$$$$$$0$ BK Class, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Louisiana</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 21, 2025</u>     By: <u>/s/AMEY AIONO</u>

Name: <u>AMEY AIONO</u>

Title: <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE: GOOSENECK, LLC                           CASE NO.:

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify that the attached list of creditors is true and correct to the best of his/her/their knowledge.

Date: 4-21-2025                                 By: [signature]

LOUISIANA NATIONAL BANK
301 E. WATER STREET
FARMERVILLE, LA 71241


Amur
410 CANTON ROAD
RIVERSIDE, CA. 92596